# United States District Court
# For The Western District of North Carolina
# Charlotte Division

LAMONT CLAXTON UNDERWOOD,

    Plaintiff(s),   JUDGMENT IN A CIVIL CASE

vs.   5:04cv193

SIDNEY D. HARKLEROAD,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 23, 2009 Order.

Signed: December 23, 2009

Frank G. Johns, Clerk
United States District Court