**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**5:04-CV-193**

| | | |
|---|---|---|
| **LAMONT CLAXTON UNDERWOOD,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **O R D E R** |
| | ) | |
| **SID HARKLEROAD,** | ) | |
| **Defendant.** | ) | |

THIS MATTER is before the Court on its own motion. Parties are directed to appear for a status conference in Courtroom #3 on **December 4, 2013 at 11:30 a.m.**

SO ORDERED.

Signed: November 21, 2013

Graham C. Mullen
United States District Judge