IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:04CV193

| | |
|---|---|
| LAMONT CLAXTON UNDERWOOD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| FRANK L. PERRY, Secretary, N.C. Department ) | |
| of Public Safety, et al., ) | |
| ) | |
| Respondents. ) | |

This matter is before the Court upon its own motion. This Court entered an Order on December 23, 2009 granting Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. Respondents appealed and the Fourth Circuit reversed this Court's decision on January 21, 2011. *Underwood v. Harkleroad*, 411 Fed. Appx. 569 (4th Cir. 2011). Pursuant to correspondence from Petitioner's counsel, the Court held a status conference in this case to discuss whether this case should be closed. At the status conference, the Court directed counsel to file briefs arguing their positions. Counsel complied and the Court has carefully reviewed the briefs as well as the opinion of the Fourth Circuit. It appears to the Court that all of Petitioner's claims have been necessarily adjudicated and denied on the merits by the Fourth Circuit's opinion. Accordingly, the Court directs that this case be closed.

IT IS SO ORDERED.

Signed: March 28, 2014

Graham C. Mullen
United States District Judge